IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, individually and on behalf of the Invesco 401(k) Plan and all others similarly situated, : : : | |
| Plaintiff, : | CIVIL ACTION NO. 1:18-CV-02551-AT |
| v. : | |
| INVESCO HOLDING COMPANY (US), INC., *et al.*, : | |
| Defendants. : | |

## DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION TO DISMISS

Pursuant to Section III(j) of this Court's Standing Order (ECF No. 49) and Paragraph 6 of this Court's Order entered on August 9, 2018 (ECF No. 58) ("Order"), defendants Invesco Holding Company (US), Inc.; Invesco Ltd.; Invesco Trust Company (formerly Invesco National Trust Company); Invesco Advisers, Inc.; Invesco Benefits Plan Committee; Suzanne Christensen; John Coleman; Washington Dender; Peter Gallagher; David Genova; Douglas Sharp; Ben Utt; Gary Wendler; and John Does 1-20 (collectively, "Defendants"), respectfully withdraw their Motion To Dismiss The Complaint ("Motion"), filed on July 25, 2018 (ECF No. 56), and supporting documents.

The parties have conferred and agree that the Amended Complaint, filed on September 7, 2018 (ECF No. 60), supersedes the original Complaint, filed on May 24, 2018 (ECF No. 1), rendering moot Defendants' Motion. *See, e.g.*, *Pintando v. Miami-Dade Hous. Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007) ("As a general matter, an amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary." (Internal quotation marks and alteration omitted).) Defendants will answer, move, or otherwise respond to the Amended Complaint in accordance with the Order.

Respectfully submitted this 18th day of September, 2018.

*[signature of counsel appears on following page]*

*/s/ Jamila M. Hall*
Jamila M. Hall (Georgia Bar No. 319053)
Meredith C. Kincaid (Georgia Bar No. 148549)
JONES DAY
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
jhall@jonesday.com
mkincaid@jonesday.com

James R. Carroll (admitted *pro hac vice*)
Eben P. Colby (admitted *pro hac vice*)
Michael S. Hines (admitted *pro hac vice*)
Sarah L. Rosenbluth (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts  02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
eben.colby@skadden.com
michael.hines@skadden.com
sarah.rosenbluth@skadden.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2018, I electronically filed Defendants' Notice Of Withdrawal Of Motion To Dismiss with the Clerk of Court using the CM/ECF systems, which will automatically send email notification of such filings to all counsel of record.

Dated:  September 18, 2018                    */s/ Jamila M. Hall*
                                              Jamila M. Hall