IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, individually and on behalf of the Invesco 401(k) Plan and all others similarly situated, | : : : |
| Plaintiff, | : CIVIL ACTION NO. 1:18-CV-02551-AT |
| v. | : |
| INVESCO HOLDING COMPANY (US), INC., *et al.*, | : |
| Defendants. | : |

## **DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants Invesco Holding Company (US), Inc.; Invesco Ltd.; Invesco Trust Company (formerly Invesco National Trust Company); Invesco Advisers, Inc.; Invesco Benefits Plan Committee; Suzanne Christensen; John Coleman; Washington Dender; Peter Gallagher; David Genova; Douglas Sharp; Ben Utt; Gary Wendler; Kevin M. Carome; Loren M. Starr; and John Does 1-20 (collectively, "Defendants"), through their undersigned counsel, move to dismiss the amended complaint under Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court grant this motion and dismiss the amended complaint in its entirety, with prejudice.

Respectfully submitted this 5th day of October, 2018.

/s/ Jamila M. Hall
Jamila M. Hall (Georgia Bar No. 319053)
Meredith C. Kincaid (Georgia Bar No. 148549)
JONES DAY
1420 Peachtree Street NE, Suite 800
Atlanta, Georgia 30309
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
jhall@jonesday.com
mkincaid@jonesday.com

James R. Carroll (admitted *pro hac vice*)
Eben P. Colby (admitted *pro hac vice*)
Michael S. Hines (admitted *pro hac vice*)
Sarah L. Rosenbluth (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts  02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
eben.colby@skadden.com
michael.hines@skadden.com
sarah.rosenbluth@skadden.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I electronically filed Defendants' Motion To Dismiss The Amended Complaint with the Clerk of Court using the CM/ECF systems, which will automatically send email notification of such filings to all counsel of record.

Dated:  October 5, 2018             /s/ Jamila M. Hall
                                    Jamila M. Hall