UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, Individually and on Behalf of the Invesco 401(k) Plan and All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>INVESCO HOLDING COMPANY (US), INC.; INVESCO LTD.; INVESCO NATIONAL TRUST COMPANY; INVESCO ADVISERS, INC.; INVESCO BENEFITS PLAN COMMITTEE; SUZANNE CHRISTENSEN; JOHN COLEMAN; WASHINGTON DENDER; PETER GALLAGHER; DAVID GENOVA; DOUGLAS SHARP; BEN UTT; GARY WENDLER; KEVIN M. CAROME; LOREN M. STARR; and JOHN DOES 1-20,<br><br>                     Defendants. | Civil Action No. 1:18-cv-02551-AT<br><br>CLASS ACTION<br><br>NOTICE OF SETTLEMENT |

PLEASE TAKE NOTICE that Plaintiff Diego Cervantes and Defendants Invesco Holding Company (US), Inc., Invesco Ltd., Invesco Trust Company (formerly, Invesco National Trust Company), Invesco Advisers, Inc., Invesco

Benefits Plan Committee; Suzanne Christensen, John Coleman, Washington Dender, Peter Gallagher, David Genova, Douglas Sharp, Ben Utt, Gary Wendler, Kevin M. Carome, and Loren M. Starr (collectively, "Defendants," and, together with Plaintiff, the "Parties"), have reached an agreement-in-principle to settle this action on a class-wide basis.

The parties will work diligently on a written settlement agreement and prepare and submit a motion for preliminary approval of the anticipated class settlement under Rule 23(e) of the Federal Rules of Civil Procedure. The parties anticipate they will be in a position to make that submission to the Court within 60 days. In the event the parties are unable to reach a final agreement to settle this action, they will promptly notify the Court.

| | |
|---|---|
| DATED: November 22, 2019 | Respectfully Submitted, |
| */s/ John C. Herman* | */s/ Jamila M. Hall* |
| JOHN C. HERMAN<br>  (Georgia Bar No. 348370)<br>CARLTON R. JONES<br>  (Georgia Bar No. 940540)<br>**HERMAN JONES LLP**<br>3424 Peachtree Road, N.E.,<br>Suite 1650<br>Atlanta, GA  30326<br>Telephone:  404/504-6500<br>404/504-6501 (fax)<br>jherman@hermanjones.com<br>cjones@hermanjones.com | JAMILA M. HALL<br>  (Georgia Bar No. 319053)<br>MEREDITH C. KINCAID<br>  (Georgia Bar No. 148549)<br>**JONES DAY**<br>1420 Peachtree Street N.E.,<br>Suite 800<br>Atlanta, GA  30309<br>Telephone:  404/521-3939<br>404/581-8330 (fax)<br>jhall@jonesday.com<br>mkincaid@jonesday.com |

| | |
|---|---|
| SAMUEL H. RUDMAN<br>EVAN J. KAUFMAN<br>**ROBBINS GELLER RUDMAN**<br>  **& DOWD LLP**<br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>ekaufman@rgrdlaw.com<br><br>MICHAEL I. FISTEL, JR.<br>  (Georgia Bar No. 262062)<br>WILLIAM W. STONE<br>  (Georgia Bar No. 273907)<br>**JOHNSON FISTEL, LLP**<br>40 Powder Springs Street<br>Marietta, GA  30064<br>Telephone:  470/632-6000<br>770/200-3101 (fax)<br>michaelf@johnsonfistel.com<br>williams@johnsonfistel.com<br><br>*Counsel for Plaintiff* | JAMES R. CARROLL<br>(admitted *pro hac vice*)<br>EBEN P. COLBY<br>(admitted *pro hac vice*)<br>MICHAEL S. HINES<br>(admitted *pro hac vice*)<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>500 Boylston Street<br>Boston, MA  02116<br>Telephone:  617/573-4800<br>617/573-4822 (fax)<br>james.carroll@skadden.com<br>eben.colby@skadden.com<br>michael.hines@skadden.com<br><br>*Counsel for Defendants* |

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

      By: /s/ *John C. Herman*
        John C. Herman
         (Ga. Bar No. 348370)
        HERMAN JONES LLP
        jherman@hermanjones.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: /s/ *John C. Herman*
John C. Herman
 (Ga. Bar No. 348370)
HERMAN JONES LLP
jherman@hermanjones.com
