UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, Individually and on Behalf of the Invesco 401(k) Plan and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>INVESCO HOLDING COMPANY (US), INC., et al.,<br><br>                    Defendants. | Civil Action No. 1:18-cv-02551-AT<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

Plaintiff Diego Cervantes, on behalf of himself and each Class Member, respectfully moves this Court, at a date and time to be set by the Court, for an order preliminarily approving the proposed settlement of the above-captioned securities class action lawsuit (the "Action") for a total of $3,470,000.00 in cash that, if approved, will resolve all claims in the Action, approving the form and manner of

providing notice of the Settlement to the Class, and setting a hearing date for final approval of the Settlement, approval of the proposed Plan of Allocation, and Class Counsel's motion for an award of attorneys' fees and expenses.

This motion is supported by the accompanying Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement, the Settlement Agreement and all related exhibits.

Attached hereto as Exhibit 1 is the proposed Order Preliminarily Approving Settlement and Providing for Notice.

DATED:  March 9, 2020        HERMAN JONES LLP

/s/ *John C. Herman*
JOHN C. HERMAN
  (Georgia Bar No. 348370)
CARLTON R. JONES
  (Georgia Bar No. 940540)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com
cjones@hermanjones.com

Local Counsel

- 1 -

>
> ROBBINS GELLER RUDMAN
>   & DOWD LLP
> SAMUEL H. RUDMAN
> EVAN J. KAUFMAN
> 58 South Service Road, Suite 200
> Melville, NY  11747
> Telephone:  631/367-7100
> 631/367-1173 (fax)
> srudman@rgrdlaw.com
> ekaufman@rgrdlaw.com
>
> JOHNSON FISTEL, LLP
> MICHAEL I. FISTEL, JR.
>   (Georgia Bar No. 262062)
> WILLIAM W. STONE
>   (Georgia Bar No. 273907)
> 40 Powder Springs Street
> Marietta, GA  30064
> Telephone:  470/632-6000
> 770/200-3101 (fax)
> michaelf@johnsonfistel.com
> williams@johnsonfistel.com
>
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

>By: /s/ *Carlton R. Jones*
>Carlton R. Jones
>  (Ga. Bar No. 940540)
>HERMAN JONES LLP
>cjones@hermanjones.com