UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, Individually and on Behalf of the Invesco 401(k) Plan and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>INVESCO HOLDING COMPANY (US), INC., et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:18-cv-02551-AT<br><br>CLASS ACTION<br><br>PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF AMENDED SETTLEMENT |

Plaintiff Diego Cervantes, on behalf of himself and each Class Member, respectfully moves this Court for an order preliminarily approving the proposed amended settlement of the above-captioned securities class action lawsuit (the "Action") for a total of $3,470,000.00 in cash that, if approved, would resolve all claims in the Action, as well as approving the form and manner of

providing notice of the Settlement to the Class. Furthermore, Plaintiff respectfully requests that the Court set the hearing for final approval of the Amended Settlement, the approval of the proposed Plan of Allocation, and Class Counsel's motion for an award of attorneys' fees and expenses.

In further support of this Motion, Plaintiff respectfully shows the Court that, on March 9, 2020, Plaintiff filed a Motion for Preliminary Approval of Settlement, which included the initial version of a proposed Settlement Agreement. [ECF No. 83]. On March 23, 2020, the Court held a telephonic hearing with counsel and raised several issues with regard to the initial Settlement Agreement. Following this hearing, the parties met and conferred in order to address the Court's comments and have now reached an Amended Settlement Agreement, a copy of which is attached hereto as Exhibit A, with exhibits.

Attached hereto as Exhibit B is a copy of the Amended Settlement Agreement containing the red-lining of changes from the initial Settlement Agreement filed with the Court on March 9.

Attached hereto as Exhibit C is a copy of a revised Proposed Order for Preliminary Approval containing the red-lining of changes from the initial Proposed Order filed with the Court on March 9.

Attached hereto as Exhibit D is a copy of a revised Notice of Settlement containing the red-lining of changes from the initial Notice of Settlement filed with the Court on March 9.

Attached hereto as Exhibit E is a copy of a revised Final Judgment containing the red-lining of changes from the initial Final Judgment filed with the Court on March 9.

Attached hereto as Exhibit F is a revised bar graph depicting the expected range of recovery by number of class members based on the settlement amount.

Attached hereto as Exhibit G is a revised bar graph depicting the expected range of recovery by class members net of fees and expenses and estimated costs of settlement administration and Independent Fiduciary.

In addition, this Motion for Preliminary Approval of Amended Settlement is supported by the initial Motion for Preliminary Approval, Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement filed on March 9, 2020, and all exhibits thereto. [ECF No. 83].

DATED: April 2, 2020            HERMAN JONES LLP

                                                          */s/ John C. Herman*

JOHN C. HERMAN
  (Georgia Bar No. 348370)
CARLTON R. JONES
  (Georgia Bar No. 940540)
3424 Peachtree Road, N.E., Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@hermanjones.com
cjones@hermanjones.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
  (Georgia Bar No. 262062)
WILLIAM W. STONE
  (Georgia Bar No. 273907)
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com
williams@johnsonfistel.com

Attorneys for Plaintiff

- 5 -

## CERTIFICATE OF COMPLIANCE WITH LR 5.1

I hereby certify that the foregoing document is written in 14-point Times New Roman font in accordance with Local Rule 5.1.

        By: /s/ *John C. Herman*
            John C. Herman
             (Ga. Bar No. 348370)
             jherman@hermanjones.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

        By: /s/ *John C. Herman*
            John C. Herman
             (Ga. Bar No. 348370)
             jherman@hermanjones.com