UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, Individually and on Behalf of the Invesco 401(k) Plan and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>    vs.<br><br>INVESCO HOLDING COMPANY (US), INC., et al.,<br><br>                      Defendants. | Civil Action No. 1:18-cv-02551-AT<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION |

Plaintiff, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of

Civil Procedure, respectfully moves this Court to enter orders and/or judgments in the

above-captioned litigation: (1) granting final approval of the Settlement; and

(2) approving the Plan of Allocation.  This motion is based on the Memorandum of

Law in Support of Final Approval of Settlement and Approval of Plan of Allocation,

the Declaration of Diego Cervantes, the Declaration of Christopher D. Amundson of

Analytics Consulting LLC Regarding Implementation of Notice Program, the

Settlement Agreement, all other pleadings and matters of record and such additional

evidence or argument that may be presented at the hearing on this matter.

DATED:  July 2, 2020                    Respectfully submitted,

                                        HERMAN JONES LLP


                                        /s/ John C. Herman
                                        _____
                                        JOHN C. HERMAN
                                          (Georgia Bar No. 348370)
                                        CARLTON R. JONES
                                          (Georgia Bar No. 940540)
                                        3424 Peachtree Road, N.E., Suite 1650
                                        Atlanta, GA  30326
                                        Telephone:  404/504-6500
                                        404/504-6501 (fax)
                                        jherman@hermanjones.com
                                        cjones@hermanjones.com

                                        Local Counsel

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        SAMUEL H. RUDMAN
                                        EVAN J. KAUFMAN
                                        58 South Service Road, Suite 200
                                        Melville, NY  11747
                                        Telephone:  631/367-7100
                                        631/367-1173 (fax)
                                        srudman@rgrdlaw.com
                                        ekaufman@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
  (Georgia Bar No. 262062)
WILLIAM W. STONE
  (Georgia Bar No. 273907)
40 Powder Springs Street
Marietta, GA  30064
Telephone:  470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com
williams@johnsonfistel.com

Attorneys for Plaintiff

- 2 -

4831-4448-8385.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By:   s/ John C. Herman
JOHN C. HERMAN
(Ga. Bar No. 348370)
HERMAN JONES LLP
jherman@hermanjones.com