UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, Individually and on Behalf of the Invesco 401(k) Plan and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>INVESCO HOLDING COMPANY (US), INC., et al.,<br><br>Defendants. | Civil Action No. 1:18-cv-02551-AT<br><br><u>CLASS ACTION</u><br><br>CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD |

Class Counsel, on behalf of the Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully moves this Court to enter an order awarding attorneys' fees, expenses, and Incentive Award for Plaintiff Diego Cervantes. This motion is based on the Memorandum of Law in Support of Class Counsel's Motion for an Award of Attorneys' Fees, Expenses, and Incentive Award, the Declaration

of Evan J. Kaufman Filed on Behalf of Robbins Geller Rudman & Dowd LLP, the Declaration of Michael I. Fistel, Jr. Filed on Behalf of Johnson Fistel, LLP, the Declaration of John C. Herman Filed on Behalf of Herman Jones LLP, the Settlement Agreement, all other pleadings and matters of record and such additional evidence or argument that may be presented at the hearing on this matter.

DATED:  July 2, 2020       HERMAN JONES LLP

                                    *s/ John C. Herman*
                                    JOHN C. HERMAN
                                      (Georgia Bar No. 348370)
                                  CARLTON R. JONES
                                    (Georgia Bar No. 940540)
                                  3424 Peachtree Road, N.E., Suite 1650
                                  Atlanta, GA  30326
                                  Telephone:  404/504-6500
                                  404/504-6501 (fax)
                                  jherman@hermanjones.com
                                  cjones@hermanjones.com

                                  Local Counsel

                                  ROBBINS GELLER RUDMAN
                                    & DOWD LLP
                                  SAMUEL H. RUDMAN
                                  EVAN J. KAUFMAN
                                  58 South Service Road, Suite 200
                                  Melville, NY  11747
                                  Telephone:  631/367-7100
                                  631/367-1173 (fax)
                                  srudman@rgrdlaw.com
                                  ekaufman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

JOHNSON FISTEL, LLP
MICHAEL I. FISTEL, JR.
  (Georgia Bar No. 262062)
WILLIAM W. STONE
  (Georgia Bar No. 273907)
40 Powder Springs Street
Marietta, GA 30064
Telephone: 470/632-6000
770/200-3101 (fax)
michaelf@johnsonfistel.com
williams@johnsonfistel.com

Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2020, I electronically filed the above document with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

By: s/ John C. Herman
JOHN C. HERMAN
(Ga. Bar No. 348370)
HERMAN JONES LLP
jherman@hermanjones.com