UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| DIEGO CERVANTES, Individually and on Behalf of the Invesco 401(k) Plan and All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>vs.<br><br>INVESCO HOLDING COMPANY (US), INC., et al.,<br><br>                          Defendants. | Civil Action No. 1:18-cv-02551-AT<br><br>CLASS ACTION<br><br>ORDER APPROVING PLAN OF ALLOCATION |

4816-0697-8501.v2

THIS MATTER having come before the Court for a hearing on August 7, 2020, on the motion of Plaintiff Diego Cervantes ("Plaintiff"), on behalf of himself and the Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Order incorporates by reference the definitions in the Amended Settlement Agreement, dated April 1, 2020, ECF No. 93-1 (the "Settlement Agreement"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Settlement Agreement.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation.  There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Settlement

Agreement and Court-approved Notice disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

4. The Court hereby finds and concludes that the Plan of Allocation is in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

5. The Settlement Administrator shall notify Class Members when their Entitlement Amount is provided to them.

IT IS SO ORDERED.

DATED:  August 13, 2020

THE HONORABLE AMY TOTENBERG
UNITED STATES DISTRICT JUDGE